JOSEPHINE DI MARINO and Another, Infants, by FRANCESCO DI MARINO, Their Guardian ad Litem, and Another, Appellants, v. WILLIAM MACNAIR, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.